MEADOWS WYE & CO., INC. v. UNITED STATES

No. 7079.—Invoices dated Sowerby Bridge, England, May 14, 1946.
  Certified May 15, 1946.
  Entered at New York, N. Y., June 17, 1946.
  Entry No. 768471.

(Decided March 24, 1947)

*Jordan & Klingaman* (*J. L. Klingaman* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): This appeal for reappraisement of various items of merchandise concerns the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. 183, C. A. D. 334.

The cited case was incorporated herein by consent of the parties who further agree on a set of facts, embodied in a written stipulation submitting the present case, showing export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for appraisement of the instant merchandise, and that such statutory values are the appraised values of the articles in question, less additions made by the importer on entry because of advances in similar cases.

JONES, McDUFFEE & STRATTON CORP. v. UNITED STATES

No. 7080.—Invoices dated Burslem, England, January 31, 1942, etc.
  Certified February 10, 1942, etc.
  Entered at Boston, Mass., April 7, 1942, etc.
  Entry No. 5914/4/5/6, etc.

(Decided March 25, 1947)

*B. A. Levett* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
  (Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.